AO 442 (Rev. 01/09) Arrest Warrant

# United States District Court
## for the
## Western District of New York

United States of America

v.

Lisa Miller

_Defendant_

FILED BY _____JAO_____ D.C.

Jan 28, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

Case No. 14-CR-

14 CR 175 RJA-JJM

## ARREST WARRANT

1:21-2159-MCALILEY

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay LISA MILLER, who is accused of an offense or violation based on the following document filed with the Court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint

☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspired with others to remove a child from the United States in violation of Title 18, United States Code, Section 1204;

With intent to obstruct the lawful exercise of parental rights, did knowingly remove, and aid and abet the removal of a child, all in violation of Title 18, United States Code, Sections 371, 1204 and 2.

Date: SEP 1 9 2014



_Issuing officer's signature_

City and State: Buffalo, New York

MICHAEL J. ROEMER
CLERK OF THE COURT
_Printed name and Title_

### Return

This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____,
at _(city and state)_ _____.

Date: _____

_____
_Arresting officer's signature_

_____
_Printed name and title_

**COPY**

# IN THE DISTRICT COURT OF THE UNITED STATES

## for the Western District of New York

|  |  |
|---|---|
| **THE UNITED STATES OF AMERICA** | **May 2014 GRAND JURY**<br>(Impaneled 5/9/2014) |
| -vs- | **INDICTMENT** |
| **LISA MILLER**<br>(Counts 1, 2),<br>**PHILIP ZODHIATES**<br>(Counts 1, 2), and<br>**TIMOTHY MILLER**<br>(Counts 1, 2) | **Violations:**<br>Title 18, United States Code,<br>Sections 2, 371 and 1204<br>(2 Counts) |

### COUNT 1

**(Conspiracy)**

**The Grand Jury Charges That:**

From in or about September 2009 to in or about November 2009, in the Western District of New York, and elsewhere, the defendants, LISA MILLER, PHILIP ZODHIATES, and TIMOTHY MILLER, did knowingly, willfully and unlawfully combine, conspire and agree together and with Kenneth Miller and others, known and unknown to the Grand Jury, to commit an offense against the United States, that is, to remove a child, J1, a person known to the Grand Jury, from the United States and to retain that child, who had been in the United States, outside the United States, with intent to obstruct the lawful exercise of parental rights, in violation of Title 18, United States Code, Section 1204.

## Overt Acts

In order to effect the object of the conspiracy, the following acts were committed by the defendants and others in the Western District of New York and elsewhere:

1. On or about September 21, 2009, defendant LISA MILLER, J1, and defendant PHILIP ZODHIATES travelled from Virginia to the Buffalo, New York, area.

2. On or about September 21, 2009, defendant PHILIP ZODHIATES had telephone contact from the Buffalo, New York area with Kenneth Miller.

3. On or about September 21, 2009, defendant PHILIP ZODIATES had telephone contact from the Buffalo, New York area with an individual in Canada who had agreed to help transport defendant LISA MILLER in Canada.

4. On or about September 22, 2009, defendant LISA MILLER and J1 travelled across the Rainbow Bridge from Niagara Falls, New York, to Canada.

5. On or about September 22, 2009, defendant PHILIP ZODIATES had telephone contact from the Buffalo, New York area with an individual in Canada who helped transport defendant LISA MILLER in Canada.

6. On or about September 22, 2009, defendant PHILIP ZODHIATES had telephone contact from the Buffalo, New York area with Kenneth Miller.

**All in violation of Title 18, United States Code, Section 371.**

## COUNT 2

### (International Parental Kidnapping)

**The Grand Jury Further Charges That:**

On or about September 22, 2009, in the Western District of New York, and elsewhere, the defendants, LISA MILLER, PHILIP ZODHIATES, and TIMOTHY MILLER, with intent to obstruct the lawful exercise of parental rights, did knowingly remove, and aid and abet the removal of, a child, J1, a person known to the Grand Jury, from the United States.

**All in violation of Title 18, United States Code, Sections 1204 and 2.**

DATED: Buffalo, New York, September 19, 2014.

                                              WILLIAM J. HOCHUL, JR.
                                              United States Attorney

BY:    s/PAUL J. VAN DE GRAAF
         Special Assistant United States Attorney
         KATHLEEN LYNCH
         Assistant United States Attorney
         United States Attorney's Office
         Western District of New York
         138 Delaware Avenue
         Buffalo, New York 14202
         716/843-5830
         Kathleen.Lynch@usdoj.gov

A TRUE BILL:

s/FOREPERSON