# U.S. District Court
## Southern District of Florida (Miami)
## CRIMINAL DOCKET FOR CASE #: 1:21−mj−02159−CMM All Defendants

Case title: USA v. Miller

Other court case number: 14−cr−175−RJA−JJM USDC for the Western District of New York

Date Filed: 01/28/2021

Date Terminated: 02/01/2021

---

Assigned to: Magistrate Judge Chris M. McAliley

### Defendant (1)

**Lisa Miller**  
27502−509  
*YOB: 1968 ENGLISH*  
*TERMINATED: 02/01/2021*

represented by **Noticing FPD−MIA**  
305−530−7000  
Email: MIA_ECF@FD.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| WARR/INDICTMENT/USDC for the WD/NY/18:1204.F−INTERNATIONAL PARENTAL KIDNAPPING/18:371F−CONSPIRACY TO DEFRAUD THE UNITED STATES | |

### Plaintiff

**USA**

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 01/27/2021 | | | Arrest of Lisa Miller (mdc) (Entered: 02/01/2021) |
| 01/28/2021 | 1 | | Magistrate Removal of Indictment from USDC for the Western District of New York Case number in the other District 14–cr–175–RJA–JJM as to Lisa Miller (1). (jao) (Entered: 01/28/2021) |
| 01/28/2021 | 3 | | Minute Order for proceedings held before Magistrate Judge Chris M. McAliley: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Lisa Miller held on 1/28/2021. Attorney added: Noticing FPD–MIA. Bond set: STIPULATED Pretrial Detention, with the right to revisit (NO HEARING HELD). Defendant WAIVES Removal and Ordered removed to the WD/NY. (Digital 13:36:45/14:37:18)<br><br>It is ORDERED AND ADJUDGED that pursuant to the Due Process Protections Act, the Court confirms the obligation of the United States to produce all exculpatory and impeachment evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court. Signed by Magistrate Judge Chris M. McAliley on 1/28/2021. (mdc) (Entered: 02/01/2021) |
| 01/29/2021 | 2 | | Invocation of Right to Silence and Counsel by Lisa Miller (Batoff, Helaine) (Entered: 01/29/2021) |
| 02/01/2021 | 4 | | WARRANT OF REMOVAL ISSUED to Western District of New York as to Lisa Miller. Closing Case for Defendant. Signed by Magistrate Judge Chris M. McAliley on 1/28/2021. *See attached document for full details.* (br) Modified on 2/1/2021 (br). (Entered: 02/01/2021) |

AO 442 (Rev. 01/09) Arrest Warrant

# United States District Court
## for the
## Western District of New York

United States of America

v.

Lisa Miller

*Defendant*

FILED BY ___JAO___ D.C.

Jan 28, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

Case No. 14-CR-

14 CR 175 RJA-JJM

## ARREST WARRANT

1:21-2159-MCALILEY

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay LISA MILLER, who is accused of an offense or violation based on the following document filed with the Court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspired with others to remove a child from the United States in violation of Title 18, United States Code, Section 1204;

With intent to obstruct the lawful exercise of parental rights, did knowingly remove, and aid and abet the removal of a child, all in violation of Title 18, United States Code, Sections 371, 1204 and 2.

Date: **SEP 1 9 2014**

*Issuing officer's signature*

City and State: Buffalo, New York

MICHAEL J. ROEMER
CLERK OF THE COURT
*Printed name and Title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____, at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

**COPY**

# IN THE DISTRICT COURT OF THE UNITED STATES

## for the Western District of New York

_____

| | |
|---|---|
| | **May 2014 GRAND JURY** |
| | **(Impaneled 5/9/2014)** |
| **THE UNITED STATES OF AMERICA** | **INDICTMENT** |
| *-vs-* | Violations:<br>Title 18, United States Code,<br>Sections 2, 371 and 1204<br>(2 Counts) |
| **LISA MILLER**<br>(Counts 1, 2),<br>**PHILIP ZODHIATES**<br>(Counts 1, 2), and<br>**TIMOTHY MILLER**<br>(Counts 1, 2) | |

### COUNT 1

**(Conspiracy)**

**The Grand Jury Charges That:**

From in or about September 2009 to in or about November 2009, in the Western District of New York, and elsewhere, the defendants, LISA MILLER, PHILIP ZODHIATES, and TIMOTHY MILLER, did knowingly, willfully and unlawfully combine, conspire and agree together and with Kenneth Miller and others, known and unknown to the Grand Jury, to commit an offense against the United States, that is, to remove a child, J1, a person known to the Grand Jury, from the United States and to retain that child, who had been in the United States, outside the United States, with intent to obstruct the lawful exercise of parental rights, in violation of Title 18, United States Code, Section 1204.

4

## Overt Acts

In order to effect the object of the conspiracy, the following acts were committed by the defendants and others in the Western District of New York and elsewhere:

1. On or about September 21, 2009, defendant LISA MILLER, J1, and defendant PHILIP ZODHIATES travelled from Virginia to the Buffalo, New York, area.

2. On or about September 21, 2009, defendant PHILIP ZODHIATES had telephone contact from the Buffalo, New York area with Kenneth Miller.

3. On or about September 21, 2009, defendant PHILIP ZODIATES had telephone contact from the Buffalo, New York area with an individual in Canada who had agreed to help transport defendant LISA MILLER in Canada.

4. On or about September 22, 2009, defendant LISA MILLER and J1 travelled across the Rainbow Bridge from Niagara Falls, New York, to Canada.

5. On or about September 22, 2009, defendant PHILIP ZODIATES had telephone contact from the Buffalo, New York area with an individual in Canada who helped transport defendant LISA MILLER in Canada.

6. On or about September 22, 2009, defendant PHILIP ZODHIATES had telephone contact from the Buffalo, New York area with Kenneth Miller.

**All in violation of Title 18, United States Code, Section 371.**

## COUNT 2

### (International Parental Kidnapping)

### The Grand Jury Further Charges That:

On or about September 22, 2009, in the Western District of New York, and elsewhere, the defendants, LISA MILLER, PHILIP ZODHIATES, and TIMOTHY MILLER, with intent to obstruct the lawful exercise of parental rights, did knowingly remove, and aid and abet the removal of, a child, J1, a person known to the Grand Jury, from the United States.

**All in violation of Title 18, United States Code, Sections 1204 and 2.**

DATED: Buffalo, New York, September 19, 2014.

                WILLIAM J. HOCHUL, JR.
                United States Attorney

BY:   s/PAUL J. VAN DE GRAAF
       Special Assistant United States Attorney
       KATHLEEN LYNCH
       Assistant United States Attorney
       United States Attorney's Office
       Western District of New York
       138 Delaware Avenue
       Buffalo, New York 14202
       716/843-5830
       Kathleen.Lynch@usdoj.gov

A TRUE BILL:

s/FOREPERSON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-MJ-2159-CMM

UNITED STATES OF AMERICA

    Plaintiff,
vs.

LISA MILLER,

    Defendant.
_____/

**DEFENDANT'S INVOCATION OF**
**RIGHTS TO SILENCE AND COUNSEL**

The Defendant named above does hereby invoke her rights to remain silent and to counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to: matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures; or that may be relevant to sentencing, enhanced punishments, factors applicable under the United States Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest or conviction; appeals or other post-trial proceedings.

1

The Defendant requests that the United States Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government officials, or employees associated with the investigation of any matters relating to the defendant. Any contact with the Defendant must be made through the defendant's lawyer, undersigned counsel.

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

By:     /s/ *Helaine B. Batoff*
        Assistant Federal Public Defender
        Florida Bar No.: 418617
        150 West Flagler Street, Suite 1700
        Miami, Florida 33130-1556
        Tel: 305-530-7000/Fax: 305-536-4559
        E-mail: helaine_batoff@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on January 29, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                         /s/ *Helaine B. Batoff*

2

# MINUTE ORDER

Page 4

## Magistrate Judge Chris M. McAliley

Atkins Building Courthouse - 6th Floor    Date: 1/28/2021    Time: 1:30 p.m.

Defendant: Lisa Miller    J#: 27502-509    Case #: 21-2159-MCALILEY
AUSA: Andrea Goldbarg    Attorney: AFPD - Helaine Batoff
Violation: WARR/INDICT/USDC for the WD/NY/CONSPIRACY TO DEFRAUD THE UNITED STATES/ INTERNATIONAL PARENTAL KIDNAPPING    Surr/Arrest Date: 1/27/2021    YOB: 1968

Proceeding: Initial Appearance    CJA Appt:
Bond/PTD Held: ☐ Yes ☒ No    Recommended Bond:
Bond Set at: Stip PTD    Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs    Language: English

☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person

☐ Random urine testing by Pretrial Services
Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:

☐ Other:

Disposition:
- Def advised rights/charges
- Def consents to VTC
- Def sworn
- AFPD Appointment
- Govt req Detention
- Def waives removal
- Court order removal to WDNY
- Parties stipulate to PTD

- Brady Warning

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 13:36:45 / 14:37:18    Time in Court: 20 mins

s/Chris M. McAliley    Magistrate Judge

9

# United States District Court
## Southern District of Florida
Case No. 21-2159-MCALILEY

UNITED STATES OF AMERICA,

v.

Charging District's Case No. 1:14-cr-00175-RJA-JJM-1

Lisa Miller,
(USM# 27502-509)
_____/

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the USDC for the Western District of New York.

_____AFPD- Helaine Batoff_____ was appointed to represent **Defendant for proceedings in this District.**

The defendant remains in custody after the initial appearance in the Southern District of Florida.

**IT IS ORDERED** that the United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

**DONE AND ORDERED** at Miami, Florida on 1/28/2021.

_____
Chris M. McAliley
United States Magistrate Judge